**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JUSTIN DALCOLLO,**

**Plaintiff,**

**v.**

**RON O'BRIEN, *et al.*,**

**Defendants.**

:

:

**Case No. 2:25-cv-614**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Stephanie K. Bowman**

## ORDER

Justin Dalcollo, an inmate proceeding without the assistance of counsel, initiated this action and moved for leave to proceed *in forma pauperis*. (ECF No. 1.) The Court denied Mr. Dalcollo's request to proceed *in forma pauperis* and ordered him to pay the filing fee by June 25, 2026, warning that his failure to do so would result in the dismissal of his case for failure to prosecute. (ECF No. 7.) Mr. Dalcollo then filed a motion for reconsideration, which was denied. (ECF No. 9.) When Mr. Dalcollo subsequently failed to pay the filing fee, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that his case be dismissed for failure to prosecute. (ECF No. 10.)

The parties were advised of the right to file objections to the R&R and of the consequences for failing to do so. (*Id.*, PAGEID ## 73–74.) The time for filing objections has passed, and no objections have been filed. Nor has Mr. Dalcollo paid the filing fee or otherwise communicated with the Court.

Considering the above, the Court A**DOPTS** and **AFFIRMS** the R&R (ECF No. 10). This action is **DISMISSED** for failure to prosecute. The Clerk is **DIRECTED** to terminate this case.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**